FILED

10/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0129

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0129

FILED

OCT 0 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

SHANE PHILLIP NICKERSON,

Petitioner and Appellant,

v.

ORDER

STATE OF MONTANA,

Respondent and Appellee.

Self-represented Appellant Shane Phillip Nickerson moves this Court for appointment of counsel and for a forty-five-day extension of time to file his reply brief. Nickerson appeals the Flathead County District Court's dismissal of his petition for postconviction relief.

We observe that this Court denied his first motion for appointment of counsel in a May 1, 2020 Order. As stated then, Nickerson is not entitled to appointment of counsel because he represented himself and because he did not present extraordinary circumstances. While Nickerson puts forth that his confinement in locked housing amounts to extraordinary circumstances, it does not under Montana law. Section 46-8-104(3), MCA. Nickerson's current placement in prison does not change this analysis to justify an appointment of counsel.

Nickerson's reply brief is currently due on Thursday, October 8, 2020, in accordance with the Montana Rules of Appellate Procedure. M. R. App. P. 13(1). He has requested more time, until November 15, 2020, to file this brief. Accordingly,

IT IS ORDERED that Nickerson's Motion for Appointment of Counsel is DENIED.

IT IS FURTHER ORDERED that Nickerson's Motion for an Extension of Time is GRANTED and Nickerson shall prepare, file, and serve his reply brief on or before November 15, 2020. No further extensions will be granted in this appeal.

The Clerk is directed to provide a copy to counsel of record and to Shane Phillip Nickerson personally.

DATED this 2nd day of October, 2020.

For the Court,

Chief Justice